# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| General Parts Distribution LLC d/b/a Carquest Auto Parts and General Parts, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jennison Perry,<br><br>Defendant.<br><br>AND<br><br>Elliott Auto Supply Co.<br><br>Respondent. | MN Court File No. 12-mc-93-SRN-SER<br><br>Court File No. Eastern District of North Carolina 5:12-cv-310-BO<br><br>**LR7.1(d) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO ELLIOTT AUTO SUPPLY CO.'S MOTION TO QUASH SUBPOENA** |

I, David J. Goldstein, certify that Plaintiffs' Memorandum In Opposition To Elliott Auto Supply Co.'s Motion To Quash Subpoena complies with Local Rule 7.1(d).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains *3,552* words.

-2-

| | |
|---|---|
| Dated: February 28, 2013 | *s/ David J. Goldstein*<br>George R. Wood (#0166017)<br>gwood@littler.com<br>David J. Goldstein (#0175572)<br>dgoldstein@littler.com<br>**LITTLER MENDELSON, P.C.**<br>1300 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402.2136<br>Telephone: 612.630.1000<br>Facsimile:  612.630.9626<br>**ATTORNEYS FOR PLAINTIFF GENERAL PARTS DISTRIBUTION LLC D/B/A CARQUEST AUTO PARTS AND GENERAL PARTS, INC.** |

Firmwide:118735511.1 065678.1037